IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN MICHAU, individually and on behalf of those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTERSIGHT CORPORATION,<br><br>　　　　　　Defendant. | Case No. 16 CV 3863<br><br>Honorable Matthew F. Kennelly |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Kevin Michau ("Michau") and defendant Mattersight Corporation ("Mattersight"), through their respective counsel of record, hereby stipulate and agree that Michau's Complaint and Mattersight's Counterclaims shall be, and are, dismissed WITH PREJUDICE, and Michau and Mattersight shall bear their own attorneys' fees and costs.

**DATED: September 13, 2016**　　　　　　KEVIN MICHAU


　　　　　　　　　　　　　　　　　　　　By: s/ Brian M. Dougherty
　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Donald S. Rothschild
Brian M. Dougherty
GOLDSTINE, SKRODZKI, RUSSIAN,
NEMEC AND HOFF, LTD.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
Telephone:　(640) 655-6000

**DATED: September 13, 2016**　　　　　　　MATTERSIGHT CORPORATION


　　　　　　　　　　　　　　　　　　　　By: s/Giselle Donado
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Giselle Donado, Bar No. 6283732
gdonado@seyfarth.com

SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
Telephone:　　(312) 460-5000
Facsimile:　　(312) 460-7000